BENDAU & BENDAU PLLC
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
cliffordbendau@bendaulaw.com
chris@bendaulaw.com
*Attorneys for Plaintiffs*

LAW OFFICE OF EDUARDO J. CELAYA, PLLC
Eduardo J. Celaya (AZ Bar No. 014747)
Biltmore Office Plaza
2942 N. 24th St., Suite 114
Phoenix, Arizona 85016
Telephone: (602) 281-4547
Fax: (866) 810-6455
celayalaw@gmail.com
*Attorneys for Defendants Pioneer VNS, Inc., Greg Lyon, and Jenna Lyon*

SQUIRE PATTON BOGGS (US) LLP
Daniel B. Pasternak (AZ Bar No. 023751)
Laura Lawless (AZ Bar No. 023951)
Melissa Legault (AZ Bar No 034775)
2325 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 528-4000
Fax: (602) 253-8129
daniel.pasternak@squirepb.com
laura.lawless@squirepb.com
melissa.legault@squirepb.com
*Attorneys for Defendant RXO Last Mile, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Steven Preston, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RXO Last Mile, Inc., *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-01319-SRB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Steven Preston and Darren Treanor and Defendants RXO Last Mile, Inc.; Pioneer VNS, Inc.; Greg Lyon; and Jenna Lyon (collectively, the "Parties") provide notice to the Court that the Parties have reached a settlement of the above-captioned matter. The Parties anticipate completing settlement documents and filing a motion for approval of the Parties' settlement with the Court within the next thirty (30) days. The Parties request that the Court hold all pending deadlines set in this matter in abeyance and that the Court retain jurisdiction over this matter during this period.

RESPECTFULLY SUBMITTED this 28th day of November, 2022.

BENDAU & BENDAU PLLC

By: */s/ Christopher J. Bendau (with permission)*
Clifford P. Bendau, II
Christopher J. Bendau
*Attorneys for Plaintiffs*

LAW OFFICE OF EDUARDO J. CELAYA, PLLC

By: */s/ Eduardo J. Celaya (with permission)*
Eduardo J. Celaya
*Attorneys for Defendants Pioneer VNS, Inc., Greg Lyon, and Jenna Lyon*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Daniel B. Pasternak*
Daniel B. Pasternak
Laura Lawless
Melissa H. Legault
*Attorneys for Defendant RXO Last Mile, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of November, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

*/s/ Wendy Anderson*