# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Preston, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RXO Last Mile, Inc., *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-01319-SRB<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING COMPLAINT WITH PREJUDICE** |

This matter having come before the Court on the Parties' Joint Motion for Approval of their Settlement Agreement and for Dismissal of Complaint with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties' Settlement Agreement, which has been filed with the Court, is a fair and reasonable resolution of the parties' dispute and is therefore approved.

**IT IS FURTHER ORDERED** that the parties' Joint Motion for Dismissal of Complaint is **GRANTED**. This matter is dismissed, with prejudice.

Dated this 15th day of December, 2022.

_____
Susan R. Bolton
United States District Judge